IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-077-KDB-DCK

| | |
|---|---|
| JANICE SUMMEY BROWN, as Executor of the Estate of RICHARD EARL BROWN, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STACEY BENTLEY, SPENCER B. MARKS, and CITY OF HICKORY, NORTH CAROLINA, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion To Stay Initial Attorney Conference" (Document No. 5) filed July 11, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Consent Motion To Stay Initial Attorney Conference" (Document No. 5) is **GRANTED**. The parties shall conduct their Initial Attorneys' Conference on or before **August 2, 2023**. The parties shall file their Certificate of Initial Attorneys' Conference on or before **August 9, 2023**.

**SO ORDERED**.

Signed: July 11, 2023

David C. Keesler
United States Magistrate Judge